THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VIRGINIA D. RIOLO,<br><br>               Plaintiff,<br><br>    v.<br><br>WINDSTAR CRUISES, LLC, and DEGREES LIMITED,<br><br>               Defendants. | No. 2:16-cv-01825<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

**COME NOW** Plaintiff Virginia Riolo and Defendants Windstar Cruises, LLC and Degrees Limited, through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendants, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

STIPULATION AND ORDER OF DISMISSAL
No. 2:16-cv-01825 – Page 1

DATED this 15th day of November, 2017.

*s/Robert Kraft (via email authorization)*
ROBERT M. KRAFT, WSBA # 11096
Kraft Davies, PLLC
1001 Fourth Avenue, Suite 4131
Seattle, Washington 98154
Telephone: 206-624-8844
Facsimile: 206-624-2912
Email: las@nielsenshields.com
Attorneys for Plaintiff


*s/Louis Shields*
LOUIS A. SHIELDS, WSBA # 25740
Nielsen Shields, PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
Telephone: 206-728-1300
Facsimile: 206-728-1302
Email: las@nielsenshields.com
Attorneys for Defendants

## ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiff's are hereby dismissed with prejudice, and without costs.

Dated this 22nd day of November, 2017.

Marsha J. Pechman
United States District Judge

Presented By:

NIELSEN SHIELDS, PLLC

By *Louis A. Shields*
LOUIS A. SHIELDS, WSBA #25740
Nielsen Shields, PLLC
1000 2nd Ave., Suite 1950
Seattle, WA 98104
Phone: 206.728.1300
Fax:    206.728.1302
Email: las@nielsenshields.com
Attorneys for Defendants